CSATLOS v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. October 18, 1901.) Action by William Csatlos against the Metropolitan Street Railway Company. No opinion. Mo-

tion denied, on payment of $10 costs, and, on payment of $10 additional, leave given to apply to court below to open default.